NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR STANLEY, INC.,**
*Plaintiff-Appellee,*

v.

**CREATIVE PIPE, INC.** AND **MARK T. PAPPAS,**
*Defendants-Appellants,*

AND

**STEPHANIE E. PAPPAS** AND
**JOHN DOE (ALSO KNOWN AS FRED BASS),**
*Defendants.*

---

2012-1638

---

Appeal from the United States District Court for the District of Maryland in case no. 06-CV-2662, Senior Judge Marvin J. Garbis.

---

## ORDER

Pursuant to Federal Circuit Rule 28(h), the parties jointly stipulate to proceed on the briefs that were filed in the United States Court of Appeals for the Fourth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

VICTOR STANLEY, INC. v. CREATIVE PIPE, INC.                    2

    The briefs are accepted for filing.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26